**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01539-CR

### MORRIS WAYNE SIMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F08-54622-Q

## ORDER

The Court **REINSTATES** the appeal.

On June 26, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant is represented by court appointed counsel Michael Mowla, who timely requested the record after his appointment; (4) Marissa Garza is the court reporter who recorded the proceedings; (5) Ms. Garza's explanation for the delay in filing the record is her workload; and (6) Ms. Garza requested ten days from July 26, 2013 to file the complete record.

We **ORDER** Marissa Garza, official court reporter of the 204th Judicial District Court, to file the reporter's record by **AUGUST 16, 2013**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Marissa Garza, official court reporter, 204th Judicial District Court, and to counsel for all parties.

/s/ DAVID EVANS
JUSTICE